IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER                    *
CORPORATION (AMTRAK),
                                               *       CIVIL ACTION NO. 1:26-CV-02243
          PLAINTIFF,
                                               *

v.                                             *

WALGREEN CO.,                                  *

          DEFENDANT.                           *

*     *     *     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF RELATED CASE (LCvR 40.5)

Plaintiff, National Railroad Passenger Corporation, also known as Amtrak ("Amtrak"), hereby notifies the Court and other parties of the existence of a related case filed with this Court captioned *National Railroad Passenger Corporation (Amtrak) v. Sublease Interest Obtained Pursuant To An Assignment And Assumption Of Leasehold Interest Made As Of January 25, 2007 With Said Property Interest Pertaining To Described Leasehold Interests At Washington Union Station, et al.,* Case No. 1:22-cv-01043 (the "Eminent Domain Action"). In the Eminent Domain Action, Amtrak acquired a leasehold interest at Washington Union Station, including its interest in the lease agreement at issue in this action. Although the Eminent Domain Action is not pending on the merits and was not previously dismissed as set forth in LCvR 40.5(a), out of an abundance of caution, Amtrak respectfully provides this Notice to assist in the proper assignment of this case.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF
NATIONAL RAILROAD PASSENGER CORPORATION**


*/s/ Alejandro Camacho*
Patricia McHugh Lambert, US DC Bar ID MD0008
Alejandro Camacho, US DC Bar ID MD0251
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
acamacho@pklaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2026, a copy of the foregoing was filed electronically with the Court's CM/ECF system which shall be served on the Defendant, Walgreen Co., along with the Complaint.

*/s/ Alejandro Camacho*
Alejandro Camacho, US DC Bar ID MD0251

2