IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER     *
CORPORATION (AMTRAK),

           *      CIVIL ACTION NO. 1:26-CV-02243
       PLAINTIFF,

           *

V.

           *

WALGREEN CO.,

           *
       DEFENDANT.

           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISCLOSURE STATEMENT OF PLAINTIFF
## NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)

Plaintiff, National Railroad Passenger Corporation ("Amtrak"), hereby files this Disclosure Statement as required by Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

1.      Amtrak is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 *et seq.*

2.      Amtrak has no parent corporation. Amtrak has three wholly owned subsidiaries: Passenger Railroad Insurance Limited ("PRIL"), Washington Terminal Company ("WTC"), and NERI PCC, Inc. ("NERI").

3.      The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value). Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premier Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; BNSF LLC is a wholly-owned,

not publicly traded, subsidiary of Berkshire Hathaway, which is publicly traded), Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%).

4.    None of Amtrak's stock is publicly traded.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF**
**NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Alejandro Camacho*
Patricia McHugh Lambert, US DC Bar ID MD0008
Alejandro Camacho, US DC Bar ID MD0251
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
acamacho@pklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2026, a copy of the foregoing was filed electronically with the Court's CM/ECF system which shall be served on the Defendant, Walgreen Co., along with the Complaint.

*/s/ Alejandro Camacho*
Alejandro Camacho, US DC Bar ID MD0251

2