# EXHIBIT 7



NEW YORK    99 Madison Avenue, 8th Floor
New York, New York 10016

Tel    (212) 271-0664
Fax    (212) 271-0665

michaelyi@lacwkrr.com

March 19, 2026

**VIA FEDEX AND EMAIL**

National Railroad Passenger Corporation
Amtrak Credit and Collections
30th Street Station
Philadelphia, Pennsylvania  19104
*david.burdge@amtrak.com*
Attention:  Mr. David Burdge

> Re:    *Lease Agreement, by and between Union Station Investco LLC, as landlord, and Walgreen Co., as tenant, dated as of October 18, 2014, affecting the demised premises located at space number C-101 of the Union Station in Washington, D.C. 20002, as amended by the First Amendment to Lease Agreement, by and between Union Station Investco LLC, as landlord, and Walgreen Co., as tenant, dated as of December 8, 2020, and subsequently assigned to and assumed by National Railroad Passenger Corporation ("Amtrak") (Walgreens Store No. 16290)*

Dear Mr. Burdge:

Our firm is counsel to Walgreen Co. ("Walgreens").

We write in response to Amtrak's "PAST DUE NOTIFICATION – FINAL NOTICE", dated March 10, 2026.  As previously explained in our February 18, 2025 letter to your colleague, Jim Klaiber, there is no past due balance.  Walgreens timely made the rent payments at issue to its then landlord Union Station Investco LLC ("USI").  (A copy of my February 18, 2025 letter to Mr. Klaiber is enclosed herewith for your reference.)  Accordingly, on October 16, 2025, Mr. Klaiber asked Lindsey Pollifrone, Director of Walgreens' Lease Administration, to provide "all the check remittances for payments made to the prior Landlord USI for the months of August 2024 through January 2025."  The same day, Ms. Pollifrone provided Mr. Klaiber with copies of all the check remittances as he requested.  (A copy of the email correspondence between Ms. Pollifrone and Mr. Klaiber in this regard are enclosed herewith for your reference.)

With respect to the "Past Due Amount" of $10,841.30, please be advised that Walgreens made payment in that amount, by issuing two checks in February, 2026.  (Copies of Amtrak's February 1, 2026 invoice and Walgreens' proof of payment of that invoice are enclosed herewith for your reference.)

We kindly request that Amtrak update its lease ledger accordingly.  Thank you.

Very truly yours,

Michael M. Yi

**LACWKRR**
LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP

NEW YORK

99 Madison Avenue, 8th Floor
New York, New York 10016

Tel    (212) 271-0664
Fax    (212) 271-0665

michaelyi@lacwkrr.com

February 18, 2025

**VIA FEDEX AND EMAIL**

National Railroad Passenger Corporation
1801 Market Street, 8th Floor 828
Philadelphia, Pennsylvania  19103
*(215) 349-2053*
*james.klaiber@amtrak.com*

Attention:    Mr. Jim Klaiber
              Director, Real Estate Leasing

Re:    *Lease Agreement, by and between Union Station Investco LLC, as landlord, and Walgreen Co., as tenant, dated as of October 18, 2014, as amended by the First Amendment to Lease Agreement, by and between Union Station Investco LLC, as landlord, and Walgreen Co., as tenant, dated as of December 8, 2020 (the "Lease"), affecting the demised premises located at space number C-101 of the Union Station in Washington, D.C. (Walgreens Store No. 16290)*

Dear Mr. Klaiber:

Our firm is counsel to Walgreen Co. ("Walgreens").

We write in response to the demand of the National Railroad Passenger Corporation ("Amtrak") for rent payments for the months of August, 2024 to January, 2025, as set forth in your emails of February 6, 2025 and February 7, 2025.  As Amtrak is well aware, however, the rent payments in issue were made by Walgreens to Union Station Investco LLC in accordance with the express terms of the Lease.  What is equally clear is that the rent payments in issue were made to Union Station Investco LLC and not re-directed to Amtrak, as the successor-landlord, because of Amtrak's own failure to comply with the notice provision of the Lease.  Section 20.1 of the Lease provides, in pertinent part:

> Any notice, request, demand, approval or consent given or required to be given under this Lease shall be in writing and shall be given by United States registered or certified mail, return receipt requested, or by a nationally recognized overnight delivery service, with all delivery and postage charges prepaid, and shall be deemed to have been given on the day such notice is actually received or refused, or if unclaimed, on the third day following the day on which the same shall have been sent by a nationally recognized

National Railroad Passenger Corporation
Mr. Jim Klaiber
February 18, 2025
Page 2 of 2

> overnight delivery service or deposited with the United States Post Office.  Any such communication if . . . intended for Tenant, [shall be addressed] to Tenant at the Tenant Notice Address identified in Section 1.1.D.

Lease, Section 20.1 (emphasis added).[1]

Under the circumstances, we believe Amtrak's proper recourse would be to seek recovery of the rent payments in issue from Union Station Investco LLC.

Please let us know if you would like to have a call to discuss this matter.  We would like to resolve this matter amicably if possible.

Very truly yours,

Michael M. Yi

---

[1] Moreover, Section 1.1.D of the Lease provides, in pertinent part:

> "Tenant's Notice Address" means:
>
> Walgreen Co.
> Community & Real Estate Law Department
> 104 Wilmot Rd.
> MS #1420
> Deerfield, IL  60015

| | |
|---|---|
| **From:** | Pollifrone, Lindsey <lindsey.pollifrone@walgreens.com> |
| **Sent:** | Thursday, October 16, 2025 12:17 PM |
| **To:** | Klaiber, Jim |
| **Subject:** | RE: Amtrak/Walgreens # 16290-S |

Hi Jim,

Please see below.

Let me know if you need any additional information.

Thank you,
Lindsey

## August 2024





## September 2024

**Check information**

| | | | |
|---|---|---|---|
| Check number: | 4000082098 | Currency: | USD |
| Payment Date: | 08/22/2024 | Amount Paid: | 82,679.21 |
| Check encashment: | 08/28/2024 | Cash discount amount: | 0.00 |
| Extract Creation: | 08/22/2024    15:56:27 | | |

**Check recipient**

| | |
|---|---|
| Name: | UNION STATION INVESTCO LLC |
| City: | NEWARK |
| Country/Region Key: | US |
| Regional code: | NJ |



## October 2024

**Check information**

| | | | |
|---|---|---|---|
| Check number: | 4000084083 | Currency: | USD |
| Payment Date: | 09/20/2024 | Amount Paid: | 82,679.21 |
| Check encashment: | 10/01/2024 | Cash discount amount: | 0.00 |
| Extract Creation: | 09/20/2024    15:56:41 | | |

**Check recipient**

| | |
|---|---|
| Name: | UNION STATION INVESTCO LLC |
| City: | NEWARK |
| Country/Region Key: | US |
| Regional code: | NJ |



Check/Serial#:4000084083          Account#: ████5988          Amount: 82,679.21

## November 2024

### Check information

| | | | |
|---|---|---|---|
| Check number: | 4000086086 | Currency: | USD |
| Payment Date: | 10/23/2024 | Amount Paid: | 82,679.21 |
| Check encashment: | 11/01/2024 | Cash discount amount: | 0.00 |
| Extract Creation: | 10/23/2024    15:56:40 | | |

### Check recipient

| | |
|---|---|
| Name: | UNION STATION INVESTCO LLC |
| City: | NEWARK |
| Country/Region Key: | US |
| Regional code: | NJ |



Check/Serial#:4000086086          Account#: ████6988          Amount: 82,679.21

## December 2024

**Check information**

| | | | |
|---|---|---|---|
| Check number: | 4000088024 | Currency: | USD |
| Payment Date: | 11/20/2024 | Amount Paid: | 82,679.21 |
| Check encashment: | 12/04/2024 | Cash discount amount: | 0.00 |
| Extract Creation: | 11/20/2024 | 15:56:37 | |

**Check recipient**

| | |
|---|---|
| Name: | UNION STATION INVESTCO LLC |
| City: | NEWARK |
| Country/Region Key: | US |
| Regional code: | NJ |



## January 2025

**Check information**

| | | | |
|---|---|---|---|
| Check number: | 4000089969 | Currency: | USD |
| Payment Date: | 12/19/2024 | Amount Paid: | 82,679.21 |
| Check encashment: | 12/30/2024 | Cash discount amount: | 0.00 |
| Extract Creation: | 12/19/2024 | 15:56:21 | |

**Check recipient**

| | |
|---|---|
| Name: | UNION STATION INVESTCO LLC |
| City: | NEWARK |
| Country/Region Key: | US |
| Regional code: | NJ |

**Lindsey Pollifrone**
**Director, Lease Administration, Shared Services**
**Walgreens,** 108 Wilmot Rd, MS# 3208, Deerfield, IL 60015

www.realestate.walgreens.com

*Upcoming PTO: 10/16 - 10/17*

**Walgreens**

** Please submit all invoices and payment related inquiries to leaseadministrationinvoice@walgreens.com, or via mail to Walgreens, Attn: Lease Administration, 1901 E Voorhees St., MS# 599, Danville, IL 61834.

This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.

**From:** Klaiber, Jim <James.Klaiber@amtrak.com>
**Sent:** Thursday, October 16, 2025 11:50 AM
**To:** Pollifrone, Lindsey <lindsey.pollifrone@walgreens.com>
**Subject:** RE: Amtrak/Walgreens # 16290-S

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lindsey,

I need all the check remittances for payments made to the prior Landlord USI for the months of August 2024 through January 2025.

Thanks

**Jim Klaiber**
Director Real Estate Leasing
Amtrak | 1801 Market St | 8th Floor 828 | Philadelphia, PA  19103
Email: james.klaiber@amtrak.com |


**This e-mail message is for the sole use of the recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message.**

5

## leaseadministrationinvoice

| | |
|---|---|
| **From:** | ARRealEstate <ARRealEstate@amtrak.com> |
| **Sent:** | Wednesday, February 18, 2026 12:05 AM |
| **To:** | leaseadministrationinvoice |
| **Cc:** | Accounts Receivable |
| **Subject:** | 8000028074 Amtrak Invoice - Union Station Sub-Metering 12/4/25-12/31/25 |
| **Attachments:** | 8000028074.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Attached please find the invoice specified in the subject line.
**Please make sure payment is made to AMTRAK. ACH, Wire and Check information is on the invoice.**

Best Regards,
Real Estate Billing

1



| | |
|---|---|
| Invoice Number: | 8000028074 |
| Agreement Number: | 0801125/ |
| Invoice Date: | 02/01/2026 |
| Due Date: | 12/31/2025 |
| Invoice Total: | $2,583.61 |

**CUSTOMER**

Customer ID: 3004542
Bill To:
Walgreen Co.
104 Wilmont Rd. MS #1420
Deerfield, IL 60015

ATTN:    Lease Administration
leaseadministrationinvoice@walgreen

**Suite C101 - Basement Level - Station - Washington, DC**

| Accounting Lease ID | Fee Type | Description | Period | Amount |
|---|---|---|---|---|
| 1000068 | 1080 | Water | On 12/31/2025 | $893.69 |
| 1000068 | 1140 | Electricity | On 12/31/2025 | $1,544.03 |
| 1000068 | 1180 | Metering fee | On 12/31/2025 | $94.50 |
| 1000068 | 1420 | HVAC Charge | On 12/31/2025 | $51.39 |
| | | | **Total Due:** | $2,583.61 |

Building: NRTLWUS  (Union Station - Washington, DC)

Billing Question? Contact:
Amtrak Accounts Receivable Department
(215)349-3519
ARRealEstate@Amtrak.com

Agreement Question? Contact:
Amtrak Real Estate Department
(215)349-2762

*Payment is due upon receipt.*
*Interest will be charged on late payments in accordance with the terms and conditions of the agreement.*
**Please include Accounting Lease ID and Invoice Number with payment.**

WIRE/ACH Payment (Preferred):
Account Name:    National Railroad Passenger Corp.
Account Number:    ▮7054
ABA:    21000021
Memo:    Invoice:8000028074/Lease ID:1000068
Email:    CashManagement@Amtrak.com

Payment by Check:
National Railroad Passenger Corporation
Amtrak
23615 Network Place - Group 5
Chicago, IL 60673-1239
CashManagement@Amtrak.com

Acct # ▪6988                          Check # :4000116007                          Amount :7,496.70

Seq# :9570750231

COMPANY WATERMARK APPEARS IN CENTER OF CHECK

**Walgreens** Family of Companies

JP04-4000116007

50-917
213

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NY

Deerfield, IL 60015-4681              Walgreen Co/IL

SEVEN THOUSAND FOUR HUNDRED NINETY-SIX AND 70 /100 DOLLARS*************************************************

| DATE | AMOUNT |
|------|--------|
| 02/26/26 | $7,496.70 |

PAY
TO THE
ORDER OF

NATIONAL RAILROAD PASSENGER CO
RPORATION
23615 NETWORK PL
GROUP 5
CHICAGO IL  60673-1236 USA

AUTHORIZED SIGNATURE

⑈⑈4000116007⑈⑈ ⑇021309379⑇           ▪6988⑈⑈      ⑈000074967 0⑇

ENDORSE CHECK HERE    X

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE

JPMORGANCHASE BK NA          CR TO NMD

030326      >074909962<      PAYEE ALL

10689814          0023615          RTS RSVD

00725447      023          0000000512097054

Acct # : ████ 6988
Check # : 4000115997
Amount : 3,344.60

Seq# : 2470017342

COMPANY WATERMARK APPEARS IN CENTER OF CHECK

***Walgreens*** *Family of Companies*

Deerfield, IL 60015-4681                    Walgreen Co/IL

JP04-4000115997

50-937
213

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NY

THREE THOUSAND THREE HUNDRED FORTY-FOUR AND 60 /100 DOLLARS****************************************************************

| DATE | AMOUNT |
|------|--------|
| 02/25/26 | $3,344.60 |

PAY
TO THE
ORDER OF

NATIONAL RAILROAD PASSENGER CO
RPORATION
23615 NETWORK PL
GROUP 5
CHICAGO IL  60673-1236 USA

AUTHORIZED SIGNATURE

⑈4000115997⑈ ⑆021309379⑆ ████ 6988⑈ ⑆0000334460⑈

X  ENDORSE CHECK HERE

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE

JPMORGANCHASE BK NA          CR TO NMD

030126      >074909862<       PAYEE ALL

10689807        0023615       RTS RSVD

00725341    205       0000000512097054



ORIGIN ID:JRAA (000) 000-0000 SHIP DATE: 19MAR26
MICHAEL M. YI, ESQ. ACTWGT: 1.00 LB
LEE ANAV CHUNG WHITE & KIM LLP CAD: 263243247/INET4535
99 MADISON AVENUE, 8TH FLOOR

NEW YORK, NY 10016
UNITED STATES US

TO MR. DAVID BURDGE BILL SENDER
NATIONAL RAILROAD PASSENGER CORP.
30TH STREET STATION

PHILADELPHIA PA 19104
REF: WALGREENS - UNION STATION

(000) 000-0000
INV:
PO: DEPT:

FedEx
Express

J261026012001uv

58KJ5/7AE5/484B

TRK# 0201
8897 9410 1190

EE ESPA

FRI - 20 MAR 5:00P
STANDARD OVERNIGHT

PA-US PHL
19104

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.