**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>PLAINTIFF,<br><br>v.<br><br>WALGREEN CO.,<br><br>DEFENDANT, THIRD-PARTY PLAINTIFF,<br><br>v.<br><br>UNION STATION INVESTCO LLC,<br><br>THIRD-PARTY DEFENDANT. | Case No. 1:26-cv-02243-TNM |

**THIRD-PARTY DEFENDANT UNION STATION INVESTCO LLC'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Union Station Investco LLC ("USI" or "Third-Party Defendant") by and through its undersigned attorneys, hereby files this Answer and Affirmative Defenses to Third-Party Plaintiff Walgreen Co.'s ("Walgreen" or "Third-Party Plaintiff") Complaint, and states as follows:

## NATURE OF THE ACTION

1. USI denies the allegations in Paragraph 1.

## THE PARTIES

2. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2.

3. USI admits the allegations in Paragraph 3.

## JURISDICTION AND VENUE

4. Third-Party Defendant does not challenge the Court's jurisdiction.

5. Third-Party Defendant does not challenge venue.

## BACKGROUND

6. USI admits the allegations in Paragraph 6.

7. USI admits the allegations in Paragraph 7.

8. USI admits that the National Railroad Passenger Corporation ("Amtrak") was put into possessing USI's leasehold interest as of July 2024 and that Amtrak thereafter was responsible to Walgreen as Amtrak's tenant.

9. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9.

10. USI is without information sufficient to form a belief as to the truth of the allegation of "as a result" but admits that Walgreen paid to the account rent for those months

11. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 11.

12. USI denies the allegations in Paragraph 12.

13. USI admits the allegations in Paragraph 13.

14. USI admits the allegations in Paragraph 14.

15. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15.

16. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16.

17. USI lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17.

18. USI admits that by letter dated April 30, 2026, Walgreen, through counsel, demanded that USI pay $496,075.26 to Walgreen. USI denies the remaining allegations in Paragraph 18.

19. USI denies the allegations in Paragraph 19.

**FIRST CLAIM FOR RELIEF**
**(Conversion)**

20. USI incorporates by reference its responses to Paragraphs 1–19 as though fully set forth herein.

21. USI admits the allegations in Paragraph 21, but states that the payments were received to the account.

22. Denied.

23. Denied.

24. Denied.

**SECOND CLAIM FOR RELIEF**
**(Unjust Enrichment)**

25. USI incorporates by reference its responses to Paragraphs 1–24 as though fully set forth herein.

26. USI admits the allegations in Paragraph 26, but states that the payments went to the account.

27. Denied.

28. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Third-Party Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Walgreen waived its right to the requested relief by paying rental payments to USI despite receiving notice that Amtrak was the successor landlord.

### THIRD AFFIRMATIVE DEFENSE

Walgreen has failed to mitigate any of its alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Walgreen's damages, if any, are the result of its own conduct or voluntary actions.

### FIFTH AFFIRMATIVE DEFENSE

Walgreen consented to the actions it now alleges were wrongful.

### SIXTH AFFIRMATIVE DEFENSE

Walgreen's relief, if any, is subject to setoff, recoupment, or counterclaim, specifically the amounts owed to USI by Walgreen as to the transfer of possession.

### SEVENTH AFFIRMATIVE DEFENSE

Walgreen's damages, if any, are the responsibility of Amtrak, who had agreed in the settlement with USI that it was not entitled to payment of the Rent Payments.

Dated: September 18, 2026

Respectfully submitted,

By: /s/ Ceijenia J. Cornelius
Paul J. Kiernan (D.C. Bar No. 385627)
Email: Paul.Kiernan@hklaw.com
Ceijenia J. Cornelius (D.C. Bar No. 90032760)
Email: Ceijenia.Cornelius@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7276
Fax: (202) 955-5564

*Counsel for Union Station Investco LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all counsel of record in this case.

*/s/ Ceijenia J. Cornelius*
Ceijenia J. Cornelius