IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),**<br><br>PLAINTIFF,<br><br>v.<br><br>**WALGREEN CO.,**<br><br>DEFENDANT/<br>THIRD-PARTY PLAINTIFF,<br><br>v.<br><br>**UNION STATION INVESTCO LLC,**<br><br>THIRD-PARTY DEFENDANT. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO. 1:26-CV-02243** |

* * * * * * * * * * * * * *

**AMTRAK AND WALGREEN CO.'S UNOPPOSED JOINT MOTION FOR VOLUNTARY DISMISSAL OF AMTRAK'S CLAIMS <u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)</u>**

Plaintiff National Railroad Passenger Corporation (AMTRAK) ("Amtrak") and Defendant and Third-Party Plaintiff Walgreen Co. ("Walgreens"), by and through undersigned counsel, jointly move, pursuant to Federal Rule of Civil Procedure 41(a)(2), for entry of an Order dismissing *with prejudice* all claims asserted by Amtrak against Walgreens in this action.

As set forth more fully in the accompanying Memorandum of Points and Authorities, Amtrak and Walgreens have entered into a settlement agreement that fully resolves all claims asserted by Amtrak in the Complaint. The requested dismissal will not affect Walgreens' Third-Party Complaint against Union Station Investco LLC ("USI"), which will remain pending.

Pursuant to Local Civil Rule 7(m), counsel for the moving parties conferred with counsel

for USI and requested consent to the relief sought herein. USI has indicated that it does not oppose the relief requested in this motion.

Accordingly, Amtrak and Walgreens respectfully request that this Court enter the proposed Order submitted herewith.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF**
**NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, US DC Bar ID MD0008
Alejandro Camacho, US DC Bar ID MD0251
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
acamacho@pklaw.com

LEE ANAV CHUNG WHITE
KIM RUGER & RICHTER LLP

By: */s/ Michael M. Yi*
Michael M. Yi
(US DC Bar ID 425542)
99 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 271-0664
Facsimile: (212) 271-0665
michaelyi@lacwkrr.com
*Attorneys for Defendant/Third-Party Plaintiff*
*Walgreen Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of September 2026, a copy of the foregoing was filed and served electronically via the Court's CM/ECF system on all parties through their respective counsel of record.

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, US DC Bar ID MD0008